**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| **Marcin Grzywacz** and **Urzsula Baran**, | Bankruptcy No. 21-00301 |
| Debtors. | Honorable Janet S. Baer |
| | Geneva |

## NOTICE OF MOTION

**Please take notice** that on **Friday, April 23, 2021, at 11:00 A.M.,** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Janet S. Baer, United States Bankruptcy Judge for the Northern District of Illinois, or any other judge sitting in her place and stead, and shall then and there present the **Debtor's Motion to Extend Time to File Reaffirmation,** a copy of which is attached hereto and herewith served upon you.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 731 2971 and the password is 587656. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

{00086593}

| | |
|---|---|
| Dated: April 5, 2021 | **Marcin Grzywacz and Urszula Baran,** |
| | By: */s/Justin R. Storer*<br>One of their Attorneys |

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 373-7226
Fax:     (847) 574-8233 Email:
jstorer@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Justin R. Storer, an attorney, hereby certify that on April 5, 2021, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion to Extend Time to File Reaffirmation* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the below Service List.

*/s/ Justin R. Storer*

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Edward H. Cahill | amps@manleydeas.com |
| Gina B. Krol | gkrol@cohenandkrol.com |
| Patrick L. Layng | USTPRegion11.ES.ECF@usdoj.gov |

{00086593}

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **Marcin Grzywacz** and **Urzsula Baran**, | Bankruptcy No. 21-00301 |
| Debtors. | Honorable Janet S. Baer |
| | Geneva |

## DEBTOR'S MOTION TO MODIFY PLAN

Since filing their chapter 7 case, the Debtors have remained current on the first mortgage on their home. They seek to reaffirm. The lender's counsel has prepared a reaffirmation, but not yet sent it to the undersigned to review and, ideally, approve and forward to the Debtors for execution. The deadline fast approaches. The Debtors now move to extend their deadline to file a reaffirmation agreement.

## JURISDICTION

1. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 40.3.1(a) of the United States District Court for the Northern District of Illinois.

2. Venue of the above-captioned case (the "***Case***") and of this motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

## PROCEDURAL HISTORY

4. On January 11, 2021, the Debtors commenced this bankruptcy case by filing a voluntary petition for relief under chapter 7, pursuant to 11 U.S.C. 301.

5.    On February 8, 2021, the Debtors appeared at their meeting of creditors, which was concluded.

6.    The Debtors seek to enter into a reaffirmation agreement for the first mortgage on their home, at 17W109 Washington, Bensenville, IL 60106.

7.    On March 30, 2021, the undersigned was advised that counsel has been retained by BMO Harris Bank, N.A., to assist with the reaffirmation process, and that counsel was in the process of seeking BMO Harris Bank, N.A.'s approval for the reaffirmation they'd drafted.

8.    At present, the deadline to enter into a reaffirmation agreement is April 9, 2021.

### RELIEF REQUESTED

9.    By this motion, the Debtors request that the Court enter an order extending the deadline for a reaffirmation agreement to be filed until Monday, May 17, 2021.

### BASIS FOR RELIEF REQUESTED

10.    Pursuant to Federal Rule of Bankruptcy Procedure 4008(a), a reaffirmation agreement shall be filed no later than 60 days after the first date set for the meeting of creditors. However, the Court may, at any time and in its discretion, enlarge the time to file a reaffirmation agreement.

### NOTICE

11.    At least seven days' notice of this motion has been given to: (i) the Office of the United States Trustee; (ii) the standing trustee, and (iii) any person that has requested notice in the case or that receives notices through the ECF System with respect to the Case.

**WHEREFORE**, the Debtors respectfully request that the Court enter an order extending the time in which a reaffirmation agreement may

be filed, to and including May 17, 2021, and issuing such other relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: April 5, 2021 | **Marcin Grzywacz and Urszula Baran,** |
| | By: */s/ Justin R. Storer*<br>One of their Attorneys |

Justin R. Storer (6293889)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:     (312) 373-7226
Fax:     (847) 574-8233
Email:  jstorer@wfactorlaw.com

{00086593}